UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
G & G CLOSED CIRCUIT EVENTS, INC.,          :
               Plaintiff,          :
                                 :
v.          :
                                 :          **ORDER**
MARIA C. CONTRERAS, individually and          :
d/b/a Cabana Bar; and CABANA BAR &          :          20 CV 1428 (VB)
RESTAURANT INC., an unknown business          :
entity d/b/a Cabana Bar,          :
               Defendants.          :
------------------------------------------------------------x

On February 19, 2020, plaintiff G & G Closed Circuit Events, Inc. commenced the instant action against defendants Maria C. Contreras and Cabana Bar & Restaurant Inc. (Doc. #1).

On February 20, 2020, the Clerk of Court issued summonses as to defendants. (Docs. ## 6, 7).

On March 30, 2020, plaintiff docketed a proof of service indicating service on defendant Cabana Bar & Restaurant Inc. on March 20, 2020.  (Doc. #8).  Accordingly, Cabana Bar & Restaurant Inc. had until April 10, 2020, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

However, the ECF docket does not reflect the status of service on defendant Maria C. Contreras.  Pursuant to Fed. R. Civ. P. 4(m), plaintiff has until May 19, 2020, to serve this defendant.

Accordingly, it is HEREBY ORDERED:

If Maria C. Contreras has already been served with process, plaintiff shall file on the ECF docket proof of service of same by May 8, 2020.  If service has not yet been effectuated, plaintiff shall serve this defendant in accordance with Rule 4(m) and, once service is complete, file on the ECF docket a proof of service.

Dated: May 1, 2020
      White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge