UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

G & G CLOSED CIRCUIT EVENTS, INC.,
                   Plaintiff,

v.

MARIA C. CONTRERAS, individually and
d/b/a Cabana Bar; and CABANA BAR &
RESTAURANT INC., an unknown business
entity d/b/a Cabana Bar,
                   Defendants.

-------------------------------------------------------x

**ORDER**

20 CV 1428 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020

On February 19, 2020, plaintiff G & G Closed Circuit Events, Inc. commenced the instant action against defendants Maria C. Contreras and Cabana Bar & Restaurant Inc. ("Cabana Bar"). (Doc. #1).

On March 30, 2020, plaintiff docketed a proof of service indicating service on defendant Cabana Bar on March 20, 2020. (Doc. #8). Accordingly, Cabana Bar had until April 10, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

On May 8, 2020, plaintiff docketed a proof of service indicating service on defendant Contreras on May 6, 2020. (Doc. #10). Accordingly, Contreras had until May 27, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

To date, defendants have not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to defendants by June 18, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by July 2, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: June 11, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge