UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
G & G CLOSED CIRCUIT EVENTS, INC.,
          Plaintiff,

v.

MARIA C. CONTRERAS, individually and
d/b/a Cabana Bar; and CABANA BAR &
RESTAURANT INC., an unknown business
entity d/b/a Cabana Bar,
          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 1428 (VB)



The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 30, 2020. To be clear, any application to restore the action must be filed by July 30, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: June 18, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge